# First District Court of Appeal
## State of Florida

_____

No. 1D2024-0008
_____

JERMEL RAY CROMARTIE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Bay County.
Brantley Scott Clark, Jr., Judge.

January 20, 2026


Per Curiam.

AFFIRMED.

RAY, KELSEY, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____


Jessica J. Yeary, Public Defender, and Pamela D. Presnell,
Assistant Public Defender, Tallahassee, for Appellant.

James Uthmeier, Attorney General, and Thomas H. Duffy,
Assistant Attorney General, Tallahassee, for Appellee.